UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| JAMIE LAMBERTZ-BRINKMAN, LAURA RIVERA, CHRISTA STORK, and Jane Does 4 through 10, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>TIM REISCH, Secretary of the S.D. Department of Corrections, DUANE RUSSELL, Warden of the S.D. Women's Prison, JUDITH STOUT, Head Nurse of Health Services Department at the S. D. Women's Prison and John Doe Defendants,<br><br>Defendants. | CIV 07-3040<br><br><br><br><br><br><br><br><br>**MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

COME NOW the Defendants in the above-captioned matter by and through their undersigned attorney of record and hereby moves the Court for its order to dismiss for Plaintiffs' failure to prosecute pursuant to the Federal Rule of Civil Procedure 41(b) and the brief of Defendants submitted in support of said motion.

Dated this 4th day of April, 2011.

>MAY, ADAM, GERDES & THOMPSON LLP
>
>BY: /s/ Michael F. Shaw
>MICHAEL F. SHAW
>Attorneys for Defendants
>503 South Pierre Street
>P.O. Box 160
>Pierre, SD   57501-0160
>Telephone: (605)224-8803
>Telefax: (605)224-6289
>E-mail: mfs@magt.com

## CERTIFICATE OF SERVICE

Michael F. Shaw of May, Adam, Gerdes & Thompson LLP hereby certifies that on the 4th day of April, 2011, he electronically filed and served or mailed by United States mail, first class postage thereon prepaid, a true and correct copy of the foregoing Notice of Withdrawal in the above-captioned action to the following at his last known address, to-wit:

>Mike Abourezk/Shiloh MacNally
>Abourezk Law Firm
>2020 W. Omaha
>P.O. Box 9460
>Rapid City, South Dakota   57709-9460

/s/ Michael F. Shaw
Michael F. Shaw